# Return

| Case No.: 21-M-318 (SCD) | Date and time warrant executed: 02-12-21 7:12PM | Copy of warrant and inventory left with: WHATSAPP |
|---|---|---|

Inventory made in the presence of: DI LAURIE KAUFMANN

Inventory of the property taken and name(s) of any person(s) seized:

One DVD containing records for eleven (11) WhatsApp accounts requested via, the warrant

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 04-16-21

_____
Executing officer's signature

SCOTT SIMONS, TFO
Printed name and title